UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACOB ANGELO MASSEY,<br><br>    Plaintiff<br><br>v.<br><br>ANNE CARPENTER, et al.,<br><br>    Defendants | Case No.: 3:25-cv-00560-MMD-CSD<br><br>**Order** |

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address. According to the Nevada Department of Corrections' inmate database, Plaintiff is no longer at the address listed with the Court. Therefore, Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: November 4, 2025

_____
Craig S. Denney
United States Magistrate Judge